IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

IN THE MATTER OF THE COMPLAINT REGARDING **CEDRICK VENTIEGO RILEY**

Case No. 9:21-mj-50

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR ARREST WARRANT**

I, HSI Special Agent Kenneth D. Hawsey, being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with ICE-Homeland Security Investigations (HSI) and have been so employed since 2001 when the agency was formerly known as The U.S. Customs Service. I have conducted numerous criminal investigations to include those involving violent crime. I have received training in federal laws and regulations at the Federal Law enforcement Training Academy (FLETC).

2. I am familiar with, and have participated in, all normal methods of investigation of such offenses, including, but not limited to, physical surveillance, electronic surveillance, general interviewing of witnesses, the interrogation of subjects, the use of search warrants, confidential informants, pen registers, toll records, wire intercepts, and the use of undercover agents.

3. This affidavit is submitted for the limited purpose of establishing probable cause that **Cedrick Ventiego RILEY** committed the offense of being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922 (g)(1).

4. The facts in this affidavit come from my personal observations, my training and experience, my review of relevant documents, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient

probable cause for the requested warrant and does not set forth all my knowledge about this matter. Unless specifically indicated, all conversations and statements described in this affidavit are related in substance and in part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

## PROBABLE CAUSE

5. April 30, 2021, the Hardeeville Police Department (HPD) received a notification from Chatham Division of Family and Children Services in Savannah, GA regarding a possible juvenile victim of human trafficking. Memorial University Children's Hospital in Savannah was treating the Juvenile for appendicitis after her appendix had ruptured in the days prior to her arrival. The staff at the hospital reported a tip to the human trafficking hotline that the Juvenile was possibly being trafficked by two men that were present at the hospital with her during her stay. It was reported she was addicted to crack cocaine, involved in prostitution, and living out of Room 260 at the Days Inn located at 16633 Whyte Hardee Blvd. in Hardeeville. Hospital staff identified as **RILEY** as one of the men with the Juvenile.

6. During follow-up interviews with medical staff at Memorial University Children's Hospital, law enforcement was advised the Juvenile told medical staff she was having sex with up to fifteen men a day in exchange for money and drugs. The Juvenile further stated **RILEY** would supply her with drugs and she had to have sex with men. She stated needed the drugs, so she had to do it.

7. During the investigation, HPD determined room 260 at the Days in in Hardeeville was registered to **RILEY**. Surveillance was conducted on the room where multiple male subjects were observed entering and exiting the room. **RILEY** was identified as one of

those individuals on scene after comparing photos pulled from LE databases. During subsequent surveillance, a female was observed matching the description of the possible juvenile victim of human trafficking.

8. On May 7, 2021, HPD obtained a search warrant for room 260 at the Days Inn to search for the Juvenile and evidence of prostitution and drug distribution based on the information obtained from the medical staff and observations during surveillance.

9. That same day, on May 7, 2021, HSI, the South Carolina Law Enforcement Division (SLED), Investigators with the 14th Circuit Solicitor's Office and The Jasper County Sheriff's Office assisted HPD with surveillance prior to the execution of the search warrant. During surveillance, I observed a black male wearing a red and blue shirt with jeans and a blue hat enter and leave room 260 on multiple occasions. Unidentified subjects were also observed entering and leaving room 260 and other rooms of the Days Inn. Hotel staff confirmed room 260 was still registered to **RILEY**.

10. HPD executed the search warrant and secured room 260. **RILEY** and multiple other male subjects were inside the room. **RILEY** was wearing a red and blue shirt with jeans and a blue hat, confirming he was the individual I had observed during surveillance entering and leaving room 260 multiple times. The Juvenile was not located at this time.[1] All occupants were removed from room 260 and individually mirandized.

11. During the search of room 260, officers located a black and silver Smith and Wesson SD40VE .40 caliber pistol, bearing serial number FZY9472, behind the front door to room 260, a black FNS-40, .40 caliber pistol[2], bearing serial number GKU0098200, on the bed

---

[1] The Juvenile was located a short time later at another hotel approximately 25 miles north of Hardeeville. The investigation regarding the Juvenile is still ongoing.
[2] This firearm was observed by law enforcement protruding out of one of the other male

furthest from the front door, a clear plastic bag containing a quantity of suspected MDMA was located in a green and black shoe near the front door, a clear plastic bag and a blue container, both containing quantities of suspected crack cocaine, behind the front door, a digital scale on the bedside table and a cell phone belonging to **RILEY**.

12. During interviews with law enforcement, **RILEY** stated, "if you find anything in the room, it is mine." **RILEY** claimed ownership of the Smith and Wesson located behind the door. He described the firearm and added that he always keeps it behind the front door. **RILEY** also claimed ownership of the crack cocaine and MDMA and added that the red and green shoe was his. He reiterated that none of the other occupants in room were responsible for anything found in there and everything was his. **RILEY** admitted he was a convicted felon and advised he had convictions for "domestic violence 3rd degree,[3] a sale and distribution conviction and a failure to stop for blue light conviction" and that he knew he was not allowed to possess firearms. **RILEY** admitted he knew the Juvenile but denied knowing where she was.

13. HPD obtained warrants for **RILEY** for possession with intent to distribute crack cocaine and MDMA. He is currently incarcerated at the Jasper County Detention Center.

14. I have reviewed the NCIC criminal history for **RILEY** and determined **RILEY** has been convicted in the state of South Carolina of a crime punishable by a term of imprisonment exceeding one year.

15. Contact was made with the South Carolina Department of Probation, Parole, and Pardon Services and determined **RILEY** has not received a pardon as of May 18, 2021.

---

occupant's waistbands while the room was being secured but the male occupant removed it and placed it on the bed prior to him being physically removed from the room
[3] Domestic Violence 3rd Degree is not a felony under South Carolina Law.

16. On May 18, 2021 ATF Special Agent Bryce Eikenberg, an interstate nexus expert, examined the Smith & Wesson, SD40VE, .40 caliber pistol, bearing the serial number FZY9472, and determined it was not manufactured in the state of South Carolina and had therefore traveled in interstate and/or foreign commerce. S/A Eikenberg also concluded the described firearm is a "firearm" as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

17. As outlined earlier, the facts contained in this affidavit are of my own personal knowledge as well as facts related to me by other law enforcement officers and official custodians of record.

## CONCLUSION

18. Based on the above facts and circumstances, I request an arrest warrant be issued for **Cederick Ventiego RILEY** for felon in possession of firearm(s) and/or ammunition, in violation of Title 18, United States Code, Section 922(g)(1)

19. I further request the Court issue an Order pursuant to which the affidavit of the United States be filed under seal. The investigation is ongoing and delayed notice is necessary to avoid premature disclosure of the investigation, thereby risking flight by targets of the investigation, the destruction of evidence, and/or the possible endangerment of witnesses, confidential sources, and law enforcement agents involved in the investigation.

This affidavit has been reviewed by SAUSA Carra Henderson.

*Kenneth D Hawsey*
Special Agent Ken Hawsey

SWORN TO ME VIA TELEPHONE OR
OTHER RELIABLE ELECTRONIC MEANS
AND SIGNED BY ME PURSUANT TO
FED. R. CRIM. P. 4.1 AND 4(d) OR 42(d)(3)
AS APPLICABLE

this __19__ day of May 2021

_____
Molly H. Cherry

United States Magistrate Judge