IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 9:21-cr-317 |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| v. | ) | 18 U.S.C. § 924(e) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| **CEDRICK VENTIEGO RILEY** | ) | |
| | ) | **INDICTMENT** |
| | ) | |
| | | **UNDER SEAL** |

**COUNT 1**

THE GRAND JURY CHARGES:

That on or about May 7, 2021, in the District of South Carolina, the Defendant, **CEDRICK VENTIEGO RILEY**, knowingly possessed a firearm and ammunition in and affecting commerce, to wit, a Smith and Wesson, model SD40VE, .40 caliber pistol and .40 caliber ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

1

## FORFEITURE

FIREARM OFFENSE:

Upon conviction for the felony violation of Title 18, United States Code, Section 922(g)(1) as charged in this Indictment, the Defendant, **CEDRICK VENTIEGO RILEY**, shall forfeit to the United States all of the Defendant's rights, title, and interest in:

(a) Any firearms and ammunition (as defined in 18 U.S.C. § 921)-

    (1) involved in or used in any knowing violation of 18 U.S.C. § 922, or violation of any other criminal law of the Unites States, or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, 924(d)(1) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

    A.    Firearms:

        (a)    Smith and Wesson, model SD40VE, .40 caliber pistol (Serial Number: FZY9472)

    B.    Ammunition:

        (a)    Rounds of .40 caliber ammunition

Pursuant to Title 18, United States Code, 924(d)(1) and Title 28, United States Code, Section 2461(c).

A \_\_True_____ Bill

FOREPERSON

M. RHETT DEHART (JCH)
ACTING UNITED STATES ATTORNEY

2