IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 9:21-cr-317 |
| | ) | |
| v. | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |
| CEDRICK VENTIEGO RILEY | ) | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, CEDRICK VENTIEGO RILEY, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

June 9, 2021

I SO MOVE:

M. RHETT DEHART
ACTING UNITED STATES ATTORNEY


By: s/ J. Carra Henderson
    J. Carra Henderson (#12229)
    Special Assistant United States Attorney
    151 Meeting Street
    Charleston, South Carolina 29402
    Telephone: (843) 727-4381
    Email Address: carra.henderson@usdoj.gov